**FILED**

12/12/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 23-0496

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## PR 23-0496

_____

IN THE MATTER OF:

AUSTIN MILES KNUDSEN,

An Attorney at Law,

Respondent.

O R D E R

_____

Tyler R. Green, of Salt Lake City, Utah, has petitioned for permission to appear pro hac vice before this Court in the above-entitled cause.

Having reviewed the application and having determined that, as required by our Rules for Admission to the Bar of Montana, Petitioner Green is currently in good standing with another state jurisdiction in which Petitioner is admitted to the practice of law, Montana counsel listed in the application is in good standing with the State Bar of Montana, and this is the first appearance of Petitioner and of Petitioner's firm under the pro hac vice rules,

IT IS HEREBY ORDERED that the application of Tyler R. Green to appear pro hac vice in the above-entitled cause is GRANTED.

The Clerk is directed to provide copies of this order to Tyler R. Green, to all counsel of record in this appeal, and to the State Bar of Montana.

DATED this 12th day of December 2023.

For the Court,

/S/ DIRK M. SANDEFUR
Acting Chief Justice

Electronically signed by:
Dirk Sandefur
Justice, Montana Supreme Court
December 12 2023